IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN WONGUS | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 07-275 |
| | : | |
| UNITED STATES BUREAU OF PRISONS | : | |

### ORDER

**AND NOW**, this 26TH day of September, 2007, upon careful and independent consideration of the pleadings and the record herein, and after review of the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo (docket no. 6), and having received no objections thereto, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241, is **DISMISSED**; and

3. There is no probable cause to issue a certificate of appealability.

BY THE COURT:


S/ BRUCE W. KAUFFMAN
BRUCE W. KAUFFMAN, J.